UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.Y.O., a minor, *by and through his Guardian ad Litem, Francisco Ocasio*,<br><br>Plaintiff,<br><br>v.<br><br>Enloe Medical Center *doing business as* Enloe Medical Center-Esplanade,<br><br>Defendant. | No. 2:21-cv-00285-KJM-JDP<br><br>ORDER |

     Defendant Enloe Medical Center moved for summary judgment seeking to preclude any claim that Enloe Medical Center is liable for the acts or omissions of Akiba Green D.O. based on a theory of ostensible agency.  *See* Mot. for Summary Judgment, ECF No. 17.  The parties stipulate that plaintiff will not claim that Enloe Medical Center is liable for the acts or omissions of Akiba Green D.O. based on a theory of ostensible agency.  Stipulation, ECF No. 19.

     Pursuant to that stipulation, IT IS HEREBY ORDERED that plaintiff A.Y.O., a minor, by and through his Guardian ad Litem Francis Ocasio, may not claim that Enloe Medical Center is liable for the acts or omissions of Akiba Green D.O. based on a theory of ostensible agency. Further, Enloe Medical Center's Motion for Summary Judgment, ECF No. 17 is **terminated as moot**.

     The order resolves ECF No. 17.

1

1     IT IS SO ORDERED.

2 DATED: January 5, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE