Bruce G. Fagel, State Bar No. 103674
Bronislav M. Draganov, State Bar No. 119695
Law Offices of Bruce G. Fagel & Associates
9200 West Sunset Boulevard, Suite 670
West Hollywood, California 90069
Tel: (310) 516-9035
Fax: (310) 928-7763
E-mail:brucefagel@fagellaw.com
E-mail:brondraganov@fagellaw.com
Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.Y.O., a minor, by and through his guardian ad litem, FRANCIS OCASIO,<br><br>Plaintiffs,<br>vs.<br><br>ENLOE MEDICAL CENTER,<br><br>Defendant. | Case No. 2:21-CV-00285-KJM-JDP<br><br>***STIPULATION FOR ZOOM APPEARANCE***<br><br>Local Rule 174, Fed. R. Civ)<br><br>DATE: JUNE 17, 2022<br>TIME: 10:00 A.M.<br><br>Honorable Kimberly J. Mueller |

STIPULATION:

IS IS HEREBY STIPULATED by and between the parties herein by and through their respective counsel of record, that the Hearing on the Motions in Limine set for 10:00 a.m. on June 17, 2022 will be conducted remotely by Zoom by both parties.

Dated: May 9, 2022

*LAW OFFICES OF BRUCE G. FAGEL AND ASSOCIATES*

By: *Bronislav M. Draganov*
Bronislav M. Draganov
Attorneys for Plaintiffs

Dated: May 9, 2022

*SCHEURING, ZIMMERMAN, & DOYLE LLP*

By: *Chad C. Couchot*
Chad C. Couchot
Attorneys for Defendant

**ORDER:**

IT IS SO ORDERED AND Granted per Local Rule 174 (Fed. R. Civ. P. 83).

Date: 5/16/2022

_____
CHIEF UNITED STATES DISTRICT JUDGE