Bruce G. Fagel, State Bar No. 103674
Bronislav M. Draganov, State Bar No. 119695
Law Offices of Bruce G. Fagel & Associates
9200 West Sunset Boulevard, Suite 670
West Hollywood, California 90069
Tel: (310) 516-9035
Fax: (310) 928-7763
E-mail:brucefagel@fagellaw.com
E-mail:brondraganov@fagellaw.com
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.Y.O., a minor, *by and through his guardian ad litem*, *Francisco Ocasio*,<br><br>Plaintiff,<br><br>vs.<br><br>ENLOE MEDICAL CENTER, *doing business as* Enloe Medical Center-Esplanade,<br><br>Defendant. | Case No. 2:21-cv-00285 JDP<br><br>O R D E R ON PETITION FOR APPROVAL OF SETTLEMENT OF AN INCAPACITATED MINOR<br><br>DATE: FEBRUARY 16, 2023<br>TIME: **10:00 A.M.**<br>VIA ZOOM<br>Magistrate Judge Jeremy D. Peterson |

This case was before the court on February 16, 2023, for hearing on plaintiff's petition for approval of settlement involving an incapacitated minor. ECF No. 69. For the reasons stated on the record, the court finds that approval of the settlement is appropriate under both California law and the standard articulated by the Ninth Circuit in *Reynaga v. Cammisa*, 971 F.2d 414 (9th Cir. 1992).

Accordingly, it is hereby adjudged that the settlement for $5 million is approved. Defendant Enloe Medical Center is ordered to purchase an annuity costing $2.0 million from

USAA Life Ins Co., which will pay the sum of $9,852.35 per month to A.Y.O's Special Needs Trust at Wells Fargo Bank as Trustee. This annuity will pay for the life of A.Y.O with 25-year guaranteed payments, with the payments starting on Mar 15, 2028, and shall increase at 1% per month compounded starting Mar 15, 2019. The balance of $3.0 million shall be paid in up-front cash payable to A.Y.O., by and through his *guardian ad litem*, Francis Ocasio, and Bruce G Fagel, his attorney.

From the $3.0 million in up-front cash, the Law Office of Bruce G Fagel shall be reimbursed the sum of $89,458.78 for costs advanced on the case since the settlement with Dr Green. The sum of $10,541.22 shall be held in trust pending final payment of costs in this case. Any net balance remaining shall be paid to A.Y.O.'s Special Needs Trust. The sum of $735,000 shall be used to pay attorney fees with that amount to be divided equally (50% each) between the Law Office of Bruce G Fagel and Nick Rowley, based on prior agreement which has been approved by the *guardian ad litem*. The sum of $139,526.48 shall be paid to Texas Medicaid. The sum of $342,312.84 shall be held in trust pending final resolution of the medical lien by Rite-Aid, and the sum of $189,333.70 shall be held in trust pending final resolution of the medical lien by Aetna/Rawlings Co. Any amount saved by a reduction of either/both liens will be returned to A.Y.O.'s Special Needs Trust.

The remaining balance of $1,493,527 shall be placed into A.Y.O.'s Special Needs Trust. Within 30 days of the date of this order, the annuity costing $2.0 million shall be purchased by Enloe Medical Center and the up-front cash of $3.0 million shall be paid.

IT IS SO ORDERED.

Dated:   February 22, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE